United States District Court
Southern District of Texas
**ENTERED**
July 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| SANDRA ANGULO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:18-CV-409 |
| | § | |
| SAM'S EAST, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the "Stipulation of Dismissal"[1] filed by the parties, announcing to the Court the parties seek to dismiss this suit. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 22nd day of July, 2019.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 15.